Peninsular Grocery Company, a Corporation, Plaintiff in Error, v. E. M. Dempsey, Defendant in Error.

Filed May 31, 1916.

Writ of Error to Circuit Court, Hillsborough County; F. M. Robles, Judge.

Judgment affirmed.

*N. B. K. Pettingill* and *Jos. W. Frazier,* for Plaintiff in Error;

*H. S. Hampton* and *F. J. Hampton,* for Defendant in Error.

---

The State of Florida, *ex rel.,* G. J. Morgan, Plaintiff in Error, v. W. C. Barrineau, Chairman, and W. T. Tracey, George H. Davis, J. George White and M. O. Baggett, composing the Board of County Commissioners of Escambia County, State of Florida, Defendants in Error.

Filed May 31, 1916.

Writ of Error to Court of Record, Escambia County; Kirke Munroe, Judge;

Order affirmed.

*John S. Beard,* for Plaintiff in Error;

*John C. Avery,* for Defendants in Error.